WILHELMINA LUCAS, Respondent, *v.* BENEDICKT FISCHER et al., Appellants.

*Lucas* v. *Fischer*, 5 App. Div. 623, affirmed.
(Submitted January 25, 1899; decided February 28, 1899.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 12, 1896, affirming a judgment of the late City Court of Brooklyn in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

*H. Huffman Browne* for appellants.

*J. Stewart Ross* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.

---

GEORGE F. HARRIMAN et al., Respondents, *v.* MATTHEW BAIRD, Appellant.

*Harriman* v. *Baird*, 6 App. Div. 518, affirmed.
(Argued January 25, 1899; decided February 28, 1899.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 11, 1896, affirming a judgment in favor of plaintiffs entered upon the report of a referee.

*Joseph Fettretch* for appellant.

*James D. Fessenden* for respondents.

Judgment affirmed, with costs; no opinion.
All concur, except PARKER, Ch. J., not voting and O'BRIEN, J., dissenting.